# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2018

156502

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTJUAN PIERRE JACKSON,
      Defendant-Appellant.

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 156502
COA: 332307
Kalamazoo CC: 2014-000203-FC

_____/

On order of the Court, the application for leave to appeal the July 25, 2017 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the provision in MCL 777.19(1) that the sentencing guidelines only apply to an attempt to commit an enumerated offense "if the attempted violation is a felony" requires that the offense the defendant attempted to commit be a felony, or the attempt conviction itself be a felony, for purposes of scoring Offense Variable (OV) 13, MCL 777.43(1)(c). In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2018



Clerk

a1031